UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

GERALD NOVAK and
ADAM WENZEL

        Plaintiff(s),

Case No. 1:21-cv-12008

Thomas L. Ludington

v.

WILLIAM FEDERSPIEL,
in both his official and personal

        Defendant(s).
_____/

## NOTICE OF APPEAL

Notice is hereby given that  GERALD NOVAK and ADAM WENZEL  appeals to the United States Court of Appeals for the Sixth Circuit from the: ☐ Judgment ☑ Order

☐ Other: _____

entered in this action on  November 9, 2021 .

Date: November 12, 2021

Counsel is: RETAINED

/s/ Philip L. Ellison

Philip L. Ellison
Outside Legal Counsel PLC
PO Box 107
Hemlock, MI 48626
(989) 642-0055
pellison@olcplc.com

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $505.00 check payable to: Clerk, U.S. District Court.