## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

GERALD NOVAK and
ADAM WENZEL,
    Plaintiffs,

v.

WILLIAM FEDERSPIEL,
in both his official and personal
capacities,
    Defendant
_____/

Case No.: 21-cv-12008
Honorable Thomas L. Ludington

**NOTICE**

| | |
|---|---|
| OUTSIDE LEGAL COUNSEL PLC<br>PHILIP L. ELLISON (P74117)<br>Counsel for Plaintiffs<br>PO Box 107<br>Hemlock, MI 48626<br>(989) 642-0055<br>pellison@olcplc.com | TIMOTHY S. FERRAND (P39583)<br>CUMMINGS, MCCLOREY, DAVIS<br>& ACHO, PLC<br>Attorney for Defendant<br>19176 Hall Road, Suite 220<br>Clinton Township, MI 48038<br>(586) 228-5600<br>tferrand@cmda-law.com |

## NOTICE OF DECISION OF SAGINAW COUNTY CIRCUIT COURT

Per this Court's directive on November 23, 2022, attached is the decision of the Saginaw County 10th Circuit Court (Borrello, J). Noting that "Defendant-Appellee concedes that a person holding the office of sheriff may be named a party in an action in an individual or official capacity, but denies that there is a sheriff's office that may be sued[1]," the Saginaw County 10th

---

[1] *This* case has named Saginaw County Sheriff William Federspiel in his individual and official capacities.

1

Circuit Court affirmed the Saginaw County 70th District Court decision that the "Saginaw County Sheriff's Office is not a legal entity subject to suit." **Exhibit A at 5, 9**.

| | |
|---|---|
| Date: December 20, 2022 | RESPECTFULLY SUBMITTED: |
| | /s/ Philip L. Ellison<br>OUTSIDE LEGAL COUNSEL PLC<br>PHILIP L. ELLISON (P74117)<br>PO Box 107<br>Hemlock, MI 48626<br>(989) 642-0055<br>pellison@olcplc.com |
| | Attorney for Plaintiffs |

## CERTIFICATE OF SERVICE

    I, the undersigned attorney of record, hereby certify that on the date stated below, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel or parties of record.

| | |
|---|---|
| Date: December 20, 2022 | RESPECTFULLY SUBMITTED:<br><br>/s/ Philip L. Ellison<br>OUTSIDE LEGAL COUNSEL PLC<br>PHILIP L. ELLISON (P74117)<br>PO Box 107<br>Hemlock, MI 48626<br>(989) 642-0055<br>pellison@olcplc.com<br><br>Attorney for Plaintiffs |