UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Gerald Novak, et al.,

                     Plaintiff(s),

v.                                         Case No. 1:21–cv–12008–TLL–PTM
                                               Hon. Thomas L. Ludington

William L. Federspiel,

                     Defendant(s),

## NOTICE OF DETERMINATION OF MOTION
## WITHOUT ORAL ARGUMENT

    The following motion(s) have been filed:

        Motion for Order – #53
        Motion – #54
        Motion for Leave to File – #58

    Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Thomas L. Ludington *without* oral argument.

    Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

    Courtesy copies are required only if briefs, together with exhibits, exceed twenty pages.

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                             By: s/K Winslow
                                                                   Case Manager

Dated:   January 6, 2023