Case No. 22-2088/22-2104

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

GERALD NOVAK; ADAM WENZEL

    Plaintiffs - Appellants

v.

WILLIAM L. FEDERSPIEL, in his official and personal capacities

    Defendant - Appellee

The appellants motion to consolidate for briefing and submission is **GRANTED**.

                                        **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: February 01, 2023