# Order

**Michigan Supreme Court**
Lansing, Michigan

May 24, 2023

Elizabeth T. Clement,
Chief Justice

165282

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Megan K. Cavanagh
Elizabeth M. Welch
Kyra H. Bolden,
Justices

*In re* CERTIFIED QUESTIONS FROM THE
UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MICHIGAN.
_____

GERALD NOVAK and ADAM WENZEL,
      Plaintiffs,

v

SC: 165282
US Dist Ct: 1:21-cv-12008

SHERIFF WILLIAM L. FEDERSPIEL,
in his official and personal capacities,
      Defendant.
_____/

      On order of the Court, the questions certified by the United States District Court for the Eastern District of Michigan are considered, and the Court respectfully declines the request to answer the certified questions.



a0517

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2023



Clerk