**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

GERALD NOVAK AND
ADAM WENZEL,

Plaintiffs,

v.

WILLIAM FEDERSPIEL,
in both his official and personal capacities,

Defendant.

Case No. 21-cv-12008
Hon. Michael C. Martin


PHILIP L. ELLISON (P74117)
THOMAS J. LAMBERT (P86348)
Outside Legal Counsel PLC
Attorney for Plaintiffs
PO Box 107
Hemlock, MI 48626
(989) 642-0055
pellison@olcplc.com
tlambert@olcplc.com

TIMOTHY S. FERRAND (P39583)
Cummings, McClorey, Davis & Acho, PLC
Attorney for Defendant
19176 Hall Road, Suite 220
Clinton Township, MI 48038
(586) 228-5600
tferrand@cmda-law.com


**STIPULATION TO ORDER REGARDING FIREARMS**

The parties, by and through their respective counsel of record, hereby stipulate and agree to the entry of following order:

Defendant will not destroy, sell or otherwise dispose of the firearms that are the subject of this present litigation, until the conclusion of this present litigation including all appeals.

/s/ Philip L. Ellison (w/permission)
PHILIP L. ELLISON (P74117)
Outside Legal Counsel PLC
Attorney for Plaintiffs

/s/ Timothy S. Ferrand
TIMOTHY S. FERRAND (P39583)
Cummings, McClorey, Davis & Acho, PLC
Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

GERALD NOVAK AND
ADAM WENZEL,

Plaintiff,

Case No. 21-cv-12008
Honorable Michael C. Martin

v.

WILLIAM FEDERSPIEL,
in both his official and personal capacities,

Defendant.
_________________________________________/

## ORDER REGARDING FIREARMS

This matter having come before the Court upon stipulation and agreement, by and between the parties, through their respective counsel of record.

It is **ORDERED** that the stipulation regarding firearms is **GRANTED**. It is further **ORDERED** defendant shall not destroy, sell or otherwise dispose of the firearms that are the subject of this present litigation, until the conclusion of this present litigation including all appeals.

s/ Michael C. Martin
MICHAEL C. MARTIN
United States District Judge

Dated: October 27, 2026